

**ORDERED in the Southern District of Florida on December 6, 2019.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
Orestes Doreste Oquendo                    Case No.:  19-22149-LMI
Flor De Maria Ojeda-Doreste                Chapter 13

          Debtor(s).
_____ /

### ORDER CONTINUING HEARING ON MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN OF POINT LAKE CONDO ONE ASSOCIATION, INC. ON REAL PROPERTY(ECF 37)

THIS CAUSE came to be heard on December 3, 2019, upon the Debtors' Motion to Value and Determine Secured Status of Lien on Real Property (ECF 37).  The Court, having been advised that all parties in attendance agreed to a continuance of the matter, and with good cause having been shown, it is ORDERED:

1.    The hearing on the Debtors' Motion to Value and Determine Secured Status of Lien on Real Property (ECF 37) has been continued to January 7, 2020 at 9:00AM, to be held at: C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128

###

Submitted by:
Mitchell J. Nowack, Esq.
NOWACK & OLSON, PLLC
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265

NOWACK & OLSON, PLLC is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.